# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY J. DILLON, III,<br><br>              Petitioner,<br><br>    v.<br><br>D. SMITH,<br><br>              Respondent. | Appeal No. 07-15664<br>D. C. No. 1:07-CV-00118 AWI SMS HC<br><br>ORDER DENYING PETITIONER'S APPLICATION FOR CERTIFICATE OF APPEALABILITY<br><br>[Doc. #14] |

    Petitioner is a federal prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on appeal to the Ninth Circuit Court of Appeals.

    On May 15, 2007, the Ninth Circuit remanded the case to the District Court for the limited purpose of granting or denying a certificate of appealability.[1] Petitioner followed with a motion for certificate of appealability on May 24, 2007.

    The controlling statute in determining whether to issue a certificate of appealability is 28

---

[1] Pursuant to Porter v. Adams, 244 F.3d 1006 (9th Cir.2001), a certificate of appealability is required where a § 2241 petition attacks the conviction or sentence, even if not construed as a motion pursuant to § 2255. However, a certificate of appealability is not required to appeal an order denying a § 2241 petition where: (1) the detention complained of does not arise out of a process issued by a state court; or (2) it is not a section § 2255 proceeding. Forde v. U.S. Parole Comm'n, 114 F.3d 878, 879 (9th Cir.1997). Plaintiff claims a certificate of appeallability is not necessary in this action because he is asking for judicial review of an administrative decision concerning the execution of his sentence. Because the Ninth Circuit has ordered this court to grant or deny a certificate of appealability, the court will comply with the Ninth Circuit's order.

U.S.C. § 2253, which provides as follows:

> (a) In a habeas corpus proceeding or a proceeding under section 2255 before a district judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held.
>
> (b) There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial a person charged with a criminal offense against the United States, or to test the validity of such person's detention pending removal proceedings.
>
> (c)  (1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from–
>
>   (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or
>
>   (B) the final order in a proceeding under section 2255.
>
> (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.
>
> (3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

If a court denies a petitioner's petition, the court may only issue a certificate of appealability "if jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve repentance to proceed further." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

In the present case, the Court finds that reasonable jurists would not find the court's determination that Petitioner is not entitled to federal habeas corpus relief debatable, wrong, or deserving of encouragement to proceed further.  Reasonable jurists would not find that 28 U.S.C. § 2255 is inadequate or ineffective to test the legality of Petitioner's detention because it appears a petition pursuant to 28 U.S.C. § 2255 is still available to Petitioner.  In addition, the court finds that reasonable jurists would not disagree with this court's finding that relief pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) is not available in this court because a request to recall a mandate to re-sentence a petitioner should be made to the sentencing court or the Ninth Circuit.

//

1 | Petitioner has not made the required substantial showing of the denial of a constitutional
2 | right.  Accordingly, the court hereby DENIES Petitioner's motion for certificate of appealability. The
3 | Clerk of Court is DIRECTED to serve a copy of this order on the Ninth Circuit.

IT IS SO ORDERED.

**Dated:     May 25, 2007**                             **/s/ Anthony W. Ishii**
                                                                  UNITED STATES DISTRICT JUDGE